DAVID J. CONVISER, Respondent, v. SAMUEL B. CHARMATZ, Appellant, Impleaded with HARRY POLTIN and Others, Trading, etc., Defendants.— Order granting temporary injunction affirmed, with $10 costs and disbursements, on condition that plaintiff within ten days after entry of the order on this decision shall file an undertaking in the sum of $250, as provided in Civil Practice Act, section 884. No opinion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

EDWARD DAIBER, an Infant, by LOUISE DAIBER, His Guardian ad Litem, Respondent, v. HYMAN MANDELBLATT, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

JAMES C. DAVIS, Director-General of Railroads (Baltimore and Ohio Railroad), Appellant, v. THOMAS E. CROSS, Respondent.— That part of the order which denies plaintiff's motion to strike out the defense consisting of new matter, and contained in the amended answer, reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The defense may not be interposed in an action brought by plaintiff in the capacity of Director-General, operating the Baltimore and Ohio Railroad, as *final* carrier of the shipment in question, which in substance alleges negligence on the part of the plaintiff operating the New York Central, Wallkill Valley or Erie Railroad, as initial carriers of the shipment. (*Davis* v. *Donovan*, 265 U. S. 257; *Granquist* v. *Duluth, M. & Northern Ry. Co.*, 155 Minn. 217.) Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

SIMON DONIGER, Appellant, v. ST. MARKS HOLDING CORPORATION and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JAMES F. DUNN, Respondent, v. STANDARD OIL COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

SOPHIE ELKIND, Appellant, v. SIMON TARBES and Others, Respondents.— Judgment of the City Court of Yonkers unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

GEORGE J. FAOUR, Appellant, v. NAOUM A. MOKARZEL and Another, Respondents.— Judgment dismissing plaintiff's complaint, and order denying his motion for a new trial, unanimously affirmed, with costs. Order denying plaintiff's motion to suppress depositions affirmed, with ten dollars costs and disbursements. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

GORDON & COHEN, INC., Appellant, v. WILLIAM R. ROSE, Individually, and as Sole Surviving Executor, etc., of M. W. MENDEL, Deceased, Respondent, Impleaded with Another, Defendant.— Order modified by striking out the second separate defense, and as so modified affirmed, without costs. The exemption clause relied on in said defense does not expressly exempt the defendant Rose from liability for damages to his lessee if it be shown that such damage resulted from the negligence of said defendant, and no such exemption may be implied. (*Lewis Co.* v. *Metropolitan Realty Co.*, 112 App. Div. 385, 387.) Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.